**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-6509**

REGINALD ASKEW,

                                           Plaintiff - Appellant,

      versus

DOCTOR LIGHTSEY,

                                       Defendant - Appellee,

      and

MARVIN L. POLK; V. MCCULLOUGH; MICHAEL V.
NORRIS; D. J. METIKO, Doctor,

                                        Defendants.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Malcolm J. Howard, Senior
District Judge. (5:05-ct-00022-H)

Submitted: September 29, 2006      Decided: November 9, 2006

Before MICHAEL, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Reginald Askew, Appellant Pro Se. Elizabeth P. McCullough, YOUNG,
MOORE & HENDERSON, PA, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Reginald Askew appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Askew v. Polk, No. 5:05-ct-00022-H (E.D.N.C. Feb. 27, 2006).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED